UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1430 (14-1428L)
(3:03-cv-01918-MBS)
_____

SUE DOE,

      Plaintiff-Appellant,

v.

LINDA KIDD; STAN BUTKUS, KATHI LACY; SOUTH CAROLINA DEPARTMENT OF DISABILITIES AND SPECIAL NEEDS; ROBERT KERR; SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES,

      Defendants-Appellees,

v.

SANDRA RAY,

_____

Motion to Dismiss
_____

The undersigned hereby moves to dismiss the appeal that was filed as No. 14-1430 (Lead Case No. 14-1428) on April 30, 2014, appealing the district court's order at Entry 275, pursuant to FRAP 42(b) and the terms which are set forth in the attached Settlement Agreement. Exhibit 1. This Agreement resolves only those claims that are related to Appellant's placement and the provision of residential habilitation services. But the Agreement specifically excludes from the settlement those claims that are related to legal fees and costs contained in Appeal No. 14-1428 (district court Entry 276) and Cross Appeal No. 14-1429 (district court Entry 276), which remain pending in this Court. Those appeals have been consolidated by this Court as Case No. 14-1428.

The parties have agreed that this dismissal shall not affect in any way the appeal in this Court related to the payment of legal fees and costs, or the reconsideration pending in the United States District Court for the District of South Carolina on that Court's order on GAL fees (Order at Entry 277 and Motion to Reconsider at Entry 278).

On behalf of Sue Doe, counsel wishes to thank Fourth Circuit mediator Frank C. Laney for his assistance and patience in helping the parties reach resolution of the placement and service issues in this appeal.

Respectfully submitted,

s/ Patricia Logan Harrison
Patricia Logan Harrison
611 Holly Street
Columbia, South Carolina 29205
803 256 2017
plh.cola@att.net
Fed I.D. 6963

-and-

Armand Derfner
Derfner, Altman & Wilborn, LLC
575 King Street
Charleston, South Carolina 29402
843 723 9804
Fed. I.D. 502

Attorneys for Appellant

Columbia, South Carolina
October 23, 2014